

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Michael Robert Beadle
and Vivian Claire Beadle

v.                                           Civil Action No. 04-272-SM

Thomas M. Haughey; William
Philpot, Jr.; Stephen J.
Laurent; Charles W. Gallagher;
Mark H. Lamper; Warren F. Lake;
and Haughey, Philpot and
Laurent, P.A.

## **JUDGMENT**

In accordance with the Orders of Chief Judge Steven J. McAuliffe dated November 11, 2005 and February 9, 2005, judgment is hereby entered.

By the Court,

James R. Starr, Clerk

February 10, 2005

cc:   Michael R. Beadle, pro se
      Vivian C. Beadle, pro se
      Jeffrey H. Karlin, Esq.